IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOSE CHARACTERS FROM CLEVELAND, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>    Defendants. | Case No. 23-cv-15005<br><br>Judge |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES**
**PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 3.2**

Plaintiff THOSE CHARACTERS FROM CLEVELAND, LLC ("Plaintiff"), a nongovernmental corporate party, makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule No. 3.2 of the U.S. District Court for the Northern District of Illinois.

1.    No parent corporation owns more than 5% of the stock of THOSE CHARACTERS FROM CLEVELAND, LLC. THOSE CHARACTERS FROM CLEVELAND, LLC has no publicly held affiliates (as defined by LR 3.2).

Respectfully submitted,

Dated: October 17, 2023

By:    s/Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
William B. Kalbac (Bar No. 6301771)
Robert P. McMurray (Bar No. 6324332)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
mhierl@hsplegal.com
Attorneys for Plaintiff
Those Characters from Cleveland, LLC

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Plaintiff's Corporate Disclosure Statement and Notification as to Affiliates was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on October 17, 2023.

                                                   s/Michael A. Hierl